**IN THE SUPERIOR COURT**
**OF GUAM**

DR. JOEL JOSEPH,                              )        Special Proceedings Case no. SP100-12
                                              )
                        Petitioner,           )
                                              )               **DECISION & ORDER**
        vs.                                   )                  re: Motion to Stay
                                              )
GUAM BOARD OF ALLIED HEALTH                   )
EXAMINERS,                                    )
                                              )
                        Respondent.           )
_____

## INTRODUCTION

This matter came before the Honorable Judge Michael J. Bordallo on June 18, 2012. The Petitioner is represented by Attorney Mitchell F. Thompson. After considering the matters presented, the Court now issues the following decision and order granting Petitioner's motion.

## BACKGROUND

On June 13, 2012, the Guam Board of Allied Health Examiners ("Board") issued its Final Decision, Findings of Fact, Conclusions of Law and Order. The Board found that the Petitioner had committed numerous violations. As a result the Board suspended the Petitioner for five (5) years from practicing veterinary medicine. The Board also ordered that within three (3) days of its final decision, which again was on June 13, 2012, to surrender his veterinarian license to the Health Professional Licensing Office.[1]

Shortly thereafter, the Petitioner filed its Petition for Judicial Review/Writ of Mandate requesting the Court vacate and set aside the Board's final decision. Now before the court is Petitioner's motion to stay the Final Decision and Orders issued by the Board.

---

[1] The Court notes that the Petitioner was also ordered to comply with numerous other orders issued by the Board.

## DISCUSSION

Four criteria are relevant in considering whether to issue a stay of an administrative agency pending appeal: the likelihood of success on the merits, irreparable injury if a stay is denied, substantial injury to the party opposing a stay if one is issued, and the public interest. See *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987). The four considerations are factors to be balanced and not prerequisites to be met. *In re DeLorean Motor Company*, 755 F.2d 1223 (6th Cir. 1985). Ordinarily the party seeking a stay must show a strong or substantial likelihood of success. *Ohio ex.rel. Celebreeze v. Nuclear Regulatory Com.*, 812 F.2d 288, 290 (6th Cir. 1987). However, at a minimum the movant must show "serious questions going to the merits and irreparable harm which decidedly outweighs any potential harm to the defendant if a [stay] is issued." *DeLorean*, 755 F.2d at 1229 (quoting *Friendship Materials, Inc. v. Michigan Brick, Inc.*, 679 F.2d 100, 105 (6th Cir. 1982)).

In the instant case, the Court notes that although the Petitioner alleges grounds which may support a stay, the Board was not served with either the Petition for Judicial Review/Writ of Mandate or the Petitioner's Application for Order to Show Cause and Stay. Therefore, the Court orders the Board to show cause why the stay should not be granted pending a hearing on the issue of Writ of Review. The Board shall have fourteen (14) days form the date of this order to submit its opposition to the Petitioner's motion to stay. The Court will set the matter for argument only on the issue of a stay shortly thereafter.

The Court also orders the Petitioner to serve the Board with his Petition for Judicial Review/Writ of Mandate and the Petitioner's Application for Order to Show Cause and Stay within one (1) day from the date of this order.

## CONCLUSION

Based on the foregoing, the Court orders the Board to file its opposition as ordered above. Furthermore, the Court will grant a temporary stay until judgment as to whether it will grant or deny the Petitioner's motion to stay until the Board has first had an opportunity to respond.

SO ORDERED, this /8 day of June 2012.

_____

HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

JUN 1 8 2012

James R. Borja
Deputy Clerk, Superior Court of Guam